Craig J. Mariam, Esq, (SBN 225280)
Gordon & Rees, LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
T: (213) 576-5000; F: (877) 306-0043
cmariam@gordonrees.com
Attorneys for defendant, ER SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ER SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 2:09-CV-07818-AHM-MAN<br><br>*Honorable A. Howard Matz*<br><br>**NOTICE OF SETTLEMENT** |

TO THIS HONORABLE COURT:

Defendant ER Solutions, Inc. respectfully notifies this Court that this case settled on or about January 15, 2010. A settlement agreement is currently being drafted and a stipulated voluntary dismissal will be lodged shortly.

Respectfully submitted this the 20th day of January 2010.

GORDON & REES LLP


By: /s/ Craig J. Mariam
      Craig J. Mariam
      Attorneys for ER Solutions, Inc.

- 1 -
NOTICE OF SETTLEMENT
Case No.: 2:09-CV-07818-AHM-MAN

1  Craig J. Mariam (SBN: 225280)
   GORDON & REES LLP
2  633 W. 5th Street, Ste. 4900
   Los Angeles, CA  90071
3  Telephone:   (213) 576-5000
   Facsimile:   (877) 306-0043
4  Email:       cmariam@gordonrees.com

5  Attorneys for defendant
   ER Solutions, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 10  LOURDES JIMENEZ, an individual; | CASE NO. 2:09-cv-07818-AHM-MAN |
| 11                    Plaintiff, | **CERTIFICATE OF SERVICE** |
| 12      vs. | |
| 13  ER SOLUTIONS, INC., | |
| 14                    Defendant. | |

15

16     I am a resident of the State of California, over the age of eighteen years, and not a party

17  to the within action. My business address is: Gordon & Rees LLP, 633 W. 5th Street, Suite 4900,

18  Los Angeles, CA  90071. On January 20, 2010, I served the within documents:

19                        **NOTICE OF SETTLEMENT**

20  ☒  **BY ELECTRONIC FILING.** I hereby certify that on January 20, 2010, a copy of
       the foregoing document was filed electronically. Notice of this filing will be sent by
21     operation of the Court's electronic filing system to all parties indicated on the
       electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties
22     may access this filing through the Court's electronic filing system

23  G. Thomas Martin, III            Attorneys for Plaintiff
    KROHN & MOSS, LTD.               Lourdes Jimenez
24  10474 Santa Monica Blvd., Ste. 401   Telephone:  (323) 988-2400, Ext. 235
    Los Angeles, CA  90025           Facsimile:  (866) 802-0021
25                                   Email:      tmartinconsumerlawcenter.com

26     I am readily familiar with the firm's practice of collection and processing correspondence

27  for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

28  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

| | |
|---|---|
| 1 | motion of the party served, service is presumed invalid if postal cancellation date or postage |
| 2 | meter date is more than one day after the date of deposit for mailing in affidavit. |
| 3 |     I hereby certify that I am employed in the office of a member of the Bar of this Court at |
| 4 | whose direction the service was made. |
| 5 |     Executed on January 20, 2010. |

*/s/ Ashley Montgomery*
Ashley Montgomery