1  G. Thomas Martin, III., Esq. (SBN: 218456)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   tmartin@consumerlawcenter.com
4  Attorneys for plaintiff, LOURDES JIMENEZ

5  Craig J. Mariam, Esq, (SBN 225280)
   Gordon & Rees, LLP
6  633 W. 5th Street, Ste. 4900
   Los Angeles, CA 90071
7  T: (213) 576-5000; F: (877) 306-0043
   cmariam@gordonrees.com
8  Attorneys for defendant, ER SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LOURDES JIMENEZ, | ) | **Case No.: 2:09-CV-07818-AHM (MANx)** |
|---|---|---|
| Plaintiff, | ) | *Honorable A. Howard Matz* |
| v. | ) | |
| ER SOLUTIONS, INC., | ) | **ORDER RE: VOLUNTARY** |
| Defendant. | ) | **DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE

- 2 -

1     **PURSUANT TO THE PARTIES STIPULATION** that a dismissal with
2  prejudice be entered in the above-stated action, pursuant to the Local Rules of this
3  District and Federal Rules of Civil Procedure, Rule 41.  All parties shall bear their
4  own respective fees and costs.

5
6     **IT IS SO ORDERED.**
7  DATED:  February 02, 2010



8
9                                            _____
                                             **Honorable A. Howard Matz**
10  **JS-6**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ERSI/1060234/7432015v.1

ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE